# United States District Court
### District of Arizona
### Office of the Clerk

**Debra D. Lucas**
District Court Executive / Clerk of Court
Sandra Day O'Connor U. S. Courthouse, Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118



Evo A. DeConcini U.S. Courthouse
405 W. Congress, Suite 1500
Tucson, Arizona 85701-5010

FILED ____ LODGED
RECEIVED ____ COPY

FEB 11 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY Michelle O'Brien / Chief Deputy Clerk   DEPUTY

COPY

FEB -5 2020

CLERK OF THE SUPERIOR COURT
K. WHITSON
DEPUTY CLERK

January 30, 2020

Clerk's Office
Maricopa County Superior Court
201 West Jefferson St.
Phoenix, AZ 85003-2205

**ATTN:**   **Civil File Counter**

**RE:**   **REMAND TO MARICOPA COUNTY SUPERIOR COURT**

**District Court Case Number:** CV-19-01144-PHX-SPL

**Superior Court Case Number:** CV2018-012269

Dear Clerk of Court:

Enclosed is a certified copy of the Order entered in this Court on January 30, 2020, remanding the above case to Maricopa County Superior Court for the State of Arizona.

Sincerely,

DEBRA D. LUCAS, DCE/CLERK OF COURT

s/W. Poth
Deputy Clerk

Enclosure
cc: all counsel